UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACHIN KHOKHAR, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J C K AMERICAN TRANSPORT, INC., and AZAD PAWAR,<br><br>Defendants. | Case No.: 23-CV-1211 JLS (DDL)<br><br>**ORDER STRIKING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>(ECF No. 10) |

Presently before the Court is Plaintiff Sachin Khokhar's Motion for Default Judgment ("Mot.," ECF No. 10), filed as to Defendants JCK American Transport, Inc., and Azad Pawar (collectively, "Defendants").  In violation of Civil Local Rules 7.1(b) and 7.1(f)(1), Plaintiff filed the Motion without first obtaining a hearing date from chambers. "The requirement that a party obtain a hearing date from the judge's clerk is no empty formality; it is a rule of substantial importance. . . . [T]he hearing date sets in motion a calendar for the filing of opposition and reply briefs." *Kashin v. Kent*, No. 02-CV-2495-LAB (WMC), 2007 WL 1975435, at *1 (S.D. Cal. Apr. 26, 2007), *aff'd*, 342 F. App'x 341 (9th Cir. 2009).  Indeed, Plaintiff's Motion notes the impact of hearing dates under this District's Local Rules.  Mot. at 1.

/ / /

Accordingly, the Court **STRIKES** the Motion.  *See Kashin*, 2007 WL 1975435, at *2 (striking motion for failing to secure a hearing date in accordance with local rules); S.D. Cal. CivLR 83.1(a) (noting failure to comply with Civil Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or rule or within the inherent power of the Court").  Plaintiff **SHALL** (1) **REFILE** the Motion in accordance with the appropriate Court procedures within fourteen (14) days of the date of this Order; and (2) **SERVE** the refiled motion on Defendants.

**IT IS SO ORDERED.**

Dated: June 20, 2024

*[signature]*
Hon. Janis L. Sammartino
United States District Judge